KOLCHOWSKY v. DETROIT UNITED RAILWAY.

NEGLIGENCE—CONTRIBUTORY NEGLIGENCE—STREET RAILWAYS.
In an action for personal injuries sustained by plaintiff in driving his automobile across defendant's tracks without observing a lighted car which collided with the motor car, evidence *held*, to warrant the trial court in directing a verdict for defendant because of plaintiff's contributory negligence.

Error to Wayne; Van Zile, J. Submitted June 16, 1913. (Docket No. 88.) Decided November 3, 1913.

Case by Charles Kolchowsky against the Detroit United Railway for personal injuries. Judgment for defendant, and plaintiff brings error. Affirmed.

*Thomas J. Mahon* and *Thomas W. Thompson*, for appellant.

*Corliss, Leete & Joslyn (William G. Fitzpatrick*, of counsel), for appellee.

BIRD, J. This cause was tried jointly with the case of *Colborne* v. *Railway*, *ante*, 139 (143 N. W. 32). In that case the right of the plaintiff to recover for her injuries was denied on the ground of the negligence of the driver of the automobile in which she was riding. Kolchowsky, the plaintiff in this case, was the driver of the automobile. He likewise brought suit to recover for his injuries, and on the same evidence the trial court directed a verdict for the defendant, and the case is now here for review. Inasmuch as it was adjudged in the *Colborne Case*

that Kolchowsky's negligence would prevent a recovery, it follows that for the same reason no recovery can be had in his case. The judgment of the trial court is affirmed.

STEERE, C. J., and MOORE, MCALVAY, BROOKE, KUHN, STONE, and OSTRANDER, JJ., concurred.